# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RIA SCHUMACHER, )<br>Individually and on Behalf of All Others, )<br>    **Plaintiffs**, )<br>)<br>vs. )<br>)<br>**SC DATA CENTER, INC.,** )<br>**d/b/a COLONY BRANDS, INC.,** )<br>    **Defendant**. ) | Case No.: 2:16-cv-04078-NKL |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY IN SUPPORT OF THE PENDING MOTION FOR ATTORNEYS' FEES

COMES NOW, the Plaintiff, Ria Schumacher, and respectfully requests an extension of time to file Plaintiff's reply in Support of the Plaintiff's Motion for Attorneys' Fees by fifteen days until December 3, 2019. The current deadline to file Plaintiff's Reply is November 18, 2019.

1. This request for extension is made in good faith and for good cause. Plaintiff's counsel has been out of the office traveling and attending hearings. Counsel will be unable to complete the reply by November 18, 2019. Counsel requests an additional fifteen days to account for additional days out of the office and other pending deadlines and hearings.

2. The parties have conferred and counsel for the Defendant has no objection to extending the deadline to file Plaintiff's reply by fifteen days until December 3, 2019.

**WHEREFORE,** Plaintiff respectfully requests an extension of fifteen days until December 3, 2019, to file Plaintiff's reply in Support of the Motion for Attorneys' Fees.

1

Respectfully submitted,

By: /s/ C. Jason Brown
Charles Jason Brown MO 49952
Jayson A. Watkins MO 61434
Brown & Watkins LLC
301 S. US 169 Hwy
Gower Missouri 64454
Tel: 816-424-1390
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com
ATTORNEYS FOR PLAINTIFF

**Certificate of Service**

I hereby certify that a true and correct copy of the above and foregoing was filed electronically and served upon counsel of record via ECF on the 15th day of November, 2019.

/s/ C. Jason Brown
Attorney for Plaintiff