# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| RIA SCHUMACHER, Individually and Behalf of All Others, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 16-04078-CV-C-NKL ) |
| SC DATA CENTER, INC., d/b/a COLONY BRANDS, INC., | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

___  Jury Verdict.  This action came before the Court for a trial by jury.

X  Decision by Court.  This action came before the Court.  The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order, [Doc. 123], entered by the Honorable Nanette Laughrey on March 30, 2020, Plaintiff's motion for fees is denied.

Date: March 31, 2020

PAIGE WYMORE-WYNN
Clerk of Court

s/ RENEA MATTHES MITRA
By: Renea Matthes Mitra, Courtroom Deputy